SUF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 27 AM 11:37

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jose MARTINEZ-Lucas,** Defendant | Magistrate Docket No. '08 MJ 1646<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **May 23, 2008** within the Southern District of California, defendant, **Jose MARTINEZ-Lucas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF **MAY 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose MARTINEZ-Lucas**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 23, 2008, at approximately 3:10 a.m., Border Patrol Agent M. J. Sablan was heading west bound on the SDG&E Road in Potrero, California in a marked Agency vehicle as part of his assigned patrol duties. This area is located approximately three (3) miles east and one (1) mile north of the Tecate, California Port of Entry. As Agent Sablan continued west bound on the road, he observed nine (9) individuals running northwest away from the immediate border area behind his vehicle near the "12 marker".

Agent Sablan followed the individuals and their footprints on foot, northwest for approximately 45 minutes, when he observed the nine individuals trying to conceal themselves in the brush. Agent Sablan identified himself as a United States Border Patrol Agent. Soon after, all nine individuals got up and started running north away from Agent Sablan including one later identified as the defendant **Jose MARTINEZ-Lucas.** Agent Sablan was able to apprehend six (6) of the nine individuals. Agent Sablan questioned each of the six individuals as to his/her citizenship and nationality. All six individuals including the defendant stated that they were citizens and nationals of Mexico. All also stated that they were not in possession of immigration documents allowing them to enter or remain in the United States legally. Agent Sablan arrested all six subjects and transported them to the Tecate Processing Center in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 22, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and was willing to make a statement without an attorney present. The defendant stated the he is a citizen and national of Mexico and that he does not possess any documents allowing him to enter or to remain in the United States legally. He stated his intended destination was Bakersfield, California.

**Executed on May 24, 2008 at 9:30 a.m.**

Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **05/23/2008,** in violation of Title **8**, United States Code, Section **1326.**

Jan M. Adler
United States Magistrate Judge

5/24/08 @ 12:30 p.m.
Date/Time