AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE MARTINEZ-LUCAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2055-LAB

I, JOSE MARTINEZ-LUCAS, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 19 June 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Jose Luis martine L
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer

FILED
JUN 19 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY