**Minutes of the United States District Court**
**Southern District of California**
**AUGUST 14, 2008**

**HON. JAN M. ADLER** **DEPUTY CLERK: R. RHONE**

TAPE NO. JMA08-01-16:14-16:18

08CR2055-LAB USA vs. JOSE MARTINEZ-LUCAS (C)

STATUS HRG

JAMES M. BROWN, CJA

AUSA: GREG NOONAN

GOVT'S ORAL MOTION TO DISMISS - GRANTED

ABSTRACT ISSUED TO USM

ALL PENDING DATES VACATED

DFT PENDING CHARGES IN 08CR2700-LAB

2 mins