**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
)
vs )
)
Jose Martinez-Lucas )

CASE NUMBER 08cr2055-LAB

ABSTRACT OF ORDER

Booking No. 08614298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/14/08

the Court entered the following order:

X Defendant be released from custody. as to this case only

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

X Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

X Other. Dft pending charges in 08cr2055-LAB

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

Received [signature]
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

R. Rhone

CLERKS' COPY