FILED 2008 AUG 19 AM 8:20 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 AUG 15 PM 3:06 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE MARTINEZ-LUCAS,

Defendant.

CASE NO. 08CR2055-LAB

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of: 8:1325

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/15/08

Jan M. Adler
JAN M. ADLER
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 8/18/08

United States Marshal

By: D. Larson

USMS Criminal Section

ENTERED ON ____________